EDMOND E. FRISCH v. J. CLARKE DULANY and Others, Impleaded, etc.— Motion

for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.